Exhibit 1

# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-111

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Chase Your Dreams |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | September 25, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Kevin Vigil |
| **Pseudonym:** | KRE8 |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kevin Vigil |
| | 8775 NW 157th Terr, MIami Lakes, FL, 33018, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kevin Vigil |
| **Email:** | artafax112@yahoo.com |
| **Address:** | 8775 NW 157th Terr |
| | MIami Lakes, FL 33018 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061901

Case: 1:26-cv-04517 Document #: 1-1 Filed: 04/22/26 Page 4 of 22 PageID #:12



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-229

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

## Title
_____

         **Title of Work:**   Dapper Dan

## Completion/Publication
_____

    **Year of Completion:**   2017
  **Date of 1st Publication:**   September 24, 2017
**Nation of 1ˢᵗ Publication:**   United States

## Author
_____

-         **Author:**   Kevin Vigil
      **Pseudonym:**   KRE8
  **Author Created:**   2-D artwork
       **Citizen of:**   United States
  **Pseudonymous:**   Yes

## Copyright Claimant
_____

**Copyright Claimant:**   Kevin Vigil
                 8775 NW 157th Terr, MIami Lakes, FL, 33018, United States

## Rights and Permissions
_____

          **Name:**   Kevin Vigil
          **Email:**   artafax112@yahoo.com
     **Address:**   8775 NW 157th Terr
                 MIami Lakes, FL 33018 United States

## Certification
_____

          **Name:**   David Denholm

Page 1 of 2

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061903

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-205

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Harmony & Chaos |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | February 02, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Kevin Vigil |
| **Pseudonym:** | KRE8 |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kevin Vigil |
| | 8775 NW 157th Terr, MIami Lakes, FL, 33018, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kevin Vigil |
| **Email:** | artafax112@yahoo.com |
| **Address:** | 8775 NW 157th Terr |
| | MIami Lakes, FL 33018 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061906



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-223

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title
 

**Title of Work:** Delusions of Reality

## Completion/Publication
 

**Year of Completion:** 2018
**Date of 1st Publication:** November 23, 2018
**Nation of 1ˢᵗ Publication:** United States

## Author
 

- **Author:** Kevin Vigil
  **Pseudonym:** KRE8
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant
 

**Copyright Claimant:** Kevin Vigil
8775 NW 157th Terr, MIami Lakes, FL, 33018, United States

## Rights and Permissions
 

**Name:** Kevin Vigil
**Email:** artafax112@yahoo.com
**Address:** 8775 NW 157th Terr
MIami Lakes, FL 33018 United States

## Certification
 

**Name:** David Denholm

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061904



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-133

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Infinite Kre8tion |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | April 06, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kevin Vigil |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kevin Vigil |
| | 8775 NW 157th Terr, MIami Lakes, FL, 33018, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kevin Vigil |
| **Email:** | artafax112@yahoo.com |
| **Address:** | 8775 NW 157th Terr |
| | MIami Lakes, FL 33018 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 19, 2025 |
| **Applicant's Tracking Number:** | KV2025061908 |

Page 1 of 2

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-235

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Majestic Pride |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | July 31, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Kevin Vigil |
| **Pseudonym:** | KRE8 |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kevin Vigil |
| | 8775 NW 157th Terr, MIami Lakes, FL, 33018, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kevin Vigil |
| **Email:** | artafax112@yahoo.com |
| **Address:** | 8775 NW 157th Terr |
| | MIami Lakes, FL 33018 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061911



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-209

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title
<br>

| | |
|---|---|
| **Title of Work:** | Origins of Discipline |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | September 18, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Kevin Vigil |
| **Pseudonym:** | KRE8 |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kevin Vigil<br>8775 NW 157th Terr, MIami Lakes, FL, 33018, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kevin Vigil |
| **Email:** | artafax112@yahoo.com |
| **Address:** | 8775 NW 157th Terr<br>MIami Lakes, FL 33018 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061912

