**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KEVIN VIGIL,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-04517

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
| --- | --- |
| 1 | GOOD PAPA |
| 2 | Love Fashion Live |
| 3 | yangsuxiajingpin |
| 4 | zhongqingnumaoshangmaojingyingbu |
| 5 | Opulenza |
| 6 | Simon Decor |
| 7 | Nixon Decor |
| 8 | ZFrescoes |
| 9 | CQCSFZQ |
| 10 | Art connects paintings |
| 11 | Luey |
| 12 | Dream Canvas Direct Sales |
| 13 | JJ Canvas Art |
| 14 | Jin Guan Canvas Decorative Painting |
| 15 | Lin mei wall art |
| 16 | PIBGF |
| 17 | Retro poster art shop |
| 18 | Lin jin ju |
| 19 | Shook Art Studio |
| 20 | Kizashop |
| 21 | Xi Chen Art |
| 22 | Ulysses Decoration |
| 23 | Framelessguoqin |
| 24 | Memories on the Wall |
| 25 | XULILOVE |

1

| | |
|----|----|
| 26 | qiuzhiDecorate |
| 27 | Efficiency Citation |
| 28 | Summer DDD |
| 29 | Colorful and gaudy |
| 30 | Gerald Decoration |
| 31 | Sanzipu Decoration |
| 32 | xiangsuyilang |