**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Kevin Vigil

                                        Plaintiff,

v.                                                      Case No.:
                                                        1:26–cv–04517

                                                        Honorable LaShonda A.
                                                        Hunt

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 11, 2026:

        MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff has filed an amended complaint naming one defendant and has submitted proof that the Defendant sold the allegedly infringing product to a customer in Illinois [13]. With that, The Court&#0;39;s joinder and personal jurisdiction concerns are now resolved. The Clerk is directed, forthwith, to update the case caption and case title on the docket to reflect that Defendant is "Sanzipu Decoration." Plaintiff is ordered to file a status report by 6/3/26 with proposed next steps in the case if no other appropriate relief has been sought by that date. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.