**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KEVIN VIGIL,

    Plaintiff,

v.

SANZIPU DECORATION,

    Defendant.

Case No. 26 C 4517

Hon. LaShonda A. Hunt

**ORDER AUTHORIZING EXPEDITED DISCOVERY**

Plaintiff Kevin Vigil moves for leave to conduct expedited discovery against the fully interactive, e-commerce store operating under the seller alias "Sanzipu Decoration" identified in the Amended Complaint (the "Defendant") and using at least the online marketplace account identified in the Amended Complaint (the "Defendant Internet Store"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion as follows.

Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for the Defendant, or in connection with the Defendant Internet Store, including, without limitation, any online marketplace platforms such as Temu, LLC ("Temu"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine the identities and locations of Defendant, its officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with it, including all known contact information and all associated e-mail addresses.

**DATED**: May 27, 2026

**ENTERED:**

_LaShonda A. Hunt_
LaShonda A. Hunt
United States District Judge