AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-111

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Chase Your Dreams |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | September 25, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Kevin Vigil |
| **Pseudonym:** | KRE8 |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kevin Vigil |
| | 8775 NW 157th Terr, MIami Lakes, FL, 33018, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kevin Vigil |
| **Email:** | artafax112@yahoo.com |
| **Address:** | 8775 NW 157th Terr |
| | MIami Lakes, FL 33018 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061901



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-229

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:** Dapper Dan

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 24, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kevin Vigil
  **Pseudonym:** KRE8
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Kevin Vigil
8775 NW 157th Terr, MIami Lakes, FL, 33018, United States

## Rights and Permissions

**Name:** Kevin Vigil
**Email:** artafax112@yahoo.com
**Address:** 8775 NW 157th Terr
MIami Lakes, FL 33018 United States

## Certification

**Name:** David Denholm

Page 1 of 2

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061903

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-205

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Harmony & Chaos

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** February 02, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Kevin Vigil
  **Pseudonym:** KRE8
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Kevin Vigil
8775 NW 157th Terr, MIami Lakes, FL, 33018, United States

## Rights and Permissions

**Name:** Kevin Vigil
**Email:** artafax112@yahoo.com
**Address:** 8775 NW 157th Terr
MIami Lakes, FL 33018 United States

## Certification

**Name:** David Denholm

Page 1 of 2

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061906



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-467-223**

**Effective Date of Registration:**
June 19, 2025

**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:** Delusions of Reality

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 23, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Kevin Vigil
  **Pseudonym:** KRE8
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Kevin Vigil
8775 NW 157th Terr, MIami Lakes, FL, 33018, United States

## Rights and Permissions

**Name:** Kevin Vigil
**Email:** artafax112@yahoo.com
**Address:** 8775 NW 157th Terr
MIami Lakes, FL 33018 United States

## Certification

**Name:** David Denholm

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061904



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-133

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:** Infinite Kre8tion

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** April 06, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Kevin Vigil
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kevin Vigil
8775 NW 157th Terr, MIami Lakes, FL, 33018, United States

## Rights and Permissions

**Name:** Kevin Vigil
**Email:** artafax112@yahoo.com
**Address:** 8775 NW 157th Terr
MIami Lakes, FL 33018 United States

## Certification

**Name:** David Denholm
**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061908

# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-235

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Majestic Pride |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | July 31, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Kevin Vigil |
| **Pseudonym:** | KRE8 |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kevin Vigil |
| | 8775 NW 157th Terr, MIami Lakes, FL, 33018, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kevin Vigil |
| **Email:** | artafax112@yahoo.com |
| **Address:** | 8775 NW 157th Terr |
| | MIami Lakes, FL 33018 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061911



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-209

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Origins of Discipline |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | September 18, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kevin Vigil |
| **Pseudonym:** | KRE8 |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kevin Vigil |
| | 8775 NW 157th Terr, MIami Lakes, FL, 33018, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kevin Vigil |
| **Email:** | artafax112@yahoo.com |
| **Address:** | 8775 NW 157th Terr |
| | MIami Lakes, FL 33018 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

**Date:** June 19, 2025
**Applicant's Tracking Number:** KV2025061912



## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division


Kevin Vigil

                    Plaintiff,

v.                                      Case No.: 1:26−cv−04517

                                      Honorable LaShonda A. Hunt

Sanzipu Decoration, et al.

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, June 15, 2026:


      MINUTE entry before the Honorable LaShonda A. Hunt: Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Plaintiff's notice of voluntary dismissal [20], this action is being dismissed without prejudice. All pending motions and deadlines are terminated as moot. Civil case terminated. Mailed notice (gel,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.